**Papers in File**
[None]

## ROBERT ABBOTT AND JAMES ABBOTT, MERCHANTS UNDER THE FIRM OF ROBERT & JAMES ABBOTT
### v.
### GEORGE SMART

1806

**Journal Entries**
1. Affirmance . . . . . . . . . . . . *Journal, infra,* \*p. 30

**Papers in S. C. File**
1. District court record . . . . . . . . . . . .

**Papers in D. C. File**
1. Subpoena for Archibald Horner, Robert Smart, Abner B. Ackley and Isaac Jones . . . . . . . . . . .
2. Subpoena for John Moran . . . . . . . . .